UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

SAMUEL VELEZ and THAMAR VELEZ,

Plaintiffs,

- against -

MIKE TYSON, MARRIOTT CORPORATION
and CITY OF NEW YORK,

Defendants.

- - - - - - - - - - - - - - - - - - - -X

IN CLERK'S...
U.S. DIS...
★
JUL 2... 205        ★
P.M. _____
TIME A.M. _____

ORDER OF DISMISSAL

CV 2004-2203 (ARR)(MDG)

   Plaintiff and Marriott Corporation, the remaining defendant,
having reached an agreement to settle this action at a conference
before Magistrate Judge Marilyn D. Go on July 22, 2005 and no party
being an infant or incompetent, it is hereby

   ORDERED, that this action is discontinued with prejudice and
without costs to any party, but with leave to re-open if the
settlement agreement is not consummated and application for
reinstatement is made within sixty days of the date of this Order.

Dated:     Brooklyn, New York
           July 25 , 2005


                              _____
                              ALLYNE R. ROSS
                              UNITED STATES DISTRICT JUDGE